**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MELISSA WANNA, on behalf of herself individually and on behalf of a limited class of similarly situated Minnesota residents,<br><br>Plaintiff,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; and LexisNexis Risk Solutions FL Inc.,<br><br>Defendants. | Case No. 0:26-cv-02556 (JMB/ECW)<br>The Honorable Jeffrey M. Bryan<br>Magistrate Judge Elizabeth Cowan Wright<br><br>**LR 7.1(f) CERTIFICATE OF COMPLIANCE** |

I, David J.S. Madgett, certify that Plaintiff's Reply Memorandum in Support of Motion to Remand complies with the limits in LR 7.1(f) and with the type-size limit of LR 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Word for Mac, Version 16.113.1, and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the following word count. The reply memorandum contains 3,491 words.

Dated: September 24, 2026

Respectfully submitted,

**MADGETT LAW, LLC**

By: /s/ David J.S. Madgett

David J.S. Madgett (MN #390494)
IDS Center, Suite 1650
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-470-6529
Email: dmadgett@madgettlaw.com
*Attorney for Plaintiff Melissa Wanna*