**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MELISSA WANNA, on behalf of herself individually and on behalf of a limited class of similarly situated Minnesota residents,<br><br>Plaintiff,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; and LexisNexis Risk Solutions FL Inc.<br><br>Defendants. | The Honorable Jeffrey M. Bryan<br>Magistrate Judge Elizabeth Cowan Wright<br><br>Case No. 0:26-cv-02556 (JMB/ECW)<br><br>**DECLARATION OF DAVID J.S. MADGETT IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME AND TO CONTINUE THE SEPTEMBER 29, 2026 HEARING** |

**State of Minnesota** )
) **ss.**
**County of Hennepin** )

I, David J.S. Madgett, declare:

1. I am counsel of record for Plaintiff Melissa Wanna and the sole attorney at Madgett Law, LLC. I make this declaration on personal knowledge in support of Plaintiff's Motion for Leave to File Out of Time and to Continue the September 29, 2026 Hearing.

2. Between June 4 and June 9, 2026, I exchanged emails with Judge Bryan's chambers and defense counsel about the hearing on Plaintiff's motion to remand.

3. On June 8, 2026, at 4:34 p.m., Judge Bryan's Courtroom Deputy emailed me and defense counsel that Plaintiff's motion to remand "has been received by the court and will not be stricken", that "[a] filing (regarding the motion to dismiss) and briefing (regarding both motions) order is being entered on the docket", and that the Court had asked to schedule a combined hearing on both motions. She offered September 29 at 10:00 a.m. or October 6.

4. On June 9, 2026, defense counsel and I each responded that either date worked. That afternoon, the Courtroom Deputy wrote: "I have scheduled the hearing for both motions to be heard on September 29 at 10:00 am. I will file an amended notice of hearing in the matter to reflect this date and time."

5. The Briefing Order (ECF No. 18) and the Amended Notice of Hearing (ECF No. 23) were text-only docket entries.

8. On June 10, 2026, defense counsel emailed me a copy of the sealed Exhibit A to the Declaration of Scott Pfeffer (ECF No. 21). The September 24, 2026 search of my email account found no message transmitting Defendants' Memorandum in Support of their Motion to Dismiss (ECF No. 24) or their Memorandum in Opposition to Plaintiff's Motion to Remand (ECF No. 25).

I entered the hearing and a review session on my desk calendar. I did not enter the July 1 and July 8 deadlines on the firm's electronic calendars.

9. On June 29, 2026, I prepared drafts of Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss and Plaintiff's Reply Memorandum in Support of Her Motion to Remand and attempted to file each through CM/ECF.

10. I do not know what occurred. I may have closed the browser before the transactions completed. I may have lost my internet connection and not noticed.

12. No Notice of Electronic Filing for either memorandum reached my email account. See ¶ 6. I do not recall seeing an on-screen CM/ECF receipt or confirmation for either attempt. However, in an unrelated technical issue I was not receiving efile notices for this case at this time.

13. On September 24, 2026, while reviewing my file to prepare for the September 29 hearing, I did not see the file memoranda in my file. Until then I believed both memoranda had been filed. I did not find them, and that day I notified chambers and defense counsel.

14. On September 24, 2026, I emailed the Courtroom Deputy at bryan_chambers@mnd.uscourts.gov, copying Joseph G. Schmitt, Joshua D. Davey, Ronald I. Raether, Jr., and Anais Jaccard, to advise the Court that the memoranda had not been filed and that Plaintiff would move for leave.

In that email I wrote: "I apologize for this I am still unclear as to what happened here as I noted that I filed the documents on time and clearly did not." I meant that I had believed the memoranda were filed on time and that they were not.

15. On September 24, 2026, I emailed Mr. Davey, copying Mr. Schmitt, Mr. Raether, and Ms. Jaccard, describing this motion and asking for Defendants' position. Mr. Davey promptly responded that he did not have authority to consent to the motion for leave or to a continuance of the September 29 hearing and that he would provide Defendants' position after consulting his client. He asked that I indicate that Defendants will respond to the motion.

I declare under penalty of perjury that the foregoing is true and correct.

September 25, 2026

/s/ David J.S. Madgett