**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MELISSA WANNA, on behalf of herself individually and on behalf of a limited class of similarly situated Minnesota residents,<br><br>Plaintiff,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; and LexisNexis Risk Solutions FL Inc.<br><br>Defendants. | The Honorable Jeffrey M. Bryan<br>Magistrate Judge Elizabeth Cowan Wright<br><br>Case No. 0:26-cv-02556 (JMB/ECW)<br><br>**LR 6.1(b)(2) MEET-AND-CONFER STATEMENT** |

Under LR 6.1(b)(2) and LR 7.1(a), counsel for Plaintiff states that on September 24, 2026, he emailed counsel for Defendants — Joshua D. Davey, copying Joseph G. Schmitt, Ronald I. Raether, Jr., and Anais Jaccard — describing the relief sought in this motion and requesting Defendants' position. Mr. Davey promptly replied that he did not have authority to consent to the motion for leave or to a continuance of the September 29 hearing and that he would provide Defendants' position after consulting his client. He later asked that this motion indicate that Defendants will respond to it. As of the filing of this motion, Defendants have not stated their position, and the parties have not agreed on any part of the relief sought. Defendants have indicated that they wish to respond to

this motion. Plaintiff will supplement this statement under LR 7.1(a)(1)(A) when Defendants state their position.

Dated: September 25, 2026

**MADGETT LAW, LLC**

/s/ David J.S. Madgett
David J.S. Madgett (MN #390494)
IDS Center, Suite 1650
80 South 8th Street
Minneapolis, MN 55402
(612) 470-6529
dmadgett@madgettlaw.com
*Attorney for Plaintiff Melissa Wanna*