**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MELISSA WANNA, on behalf of herself individually and on behalf of a limited class of similarly situated Minnesota residents,<br><br>Plaintiff,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; and LexisNexis Risk Solutions FL Inc.<br><br>Defendants. | Case No. 0:26-cv-02556 (JMB/ECW)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME AND TO CONTINUE HEARING** |

This matter is before the Court on Plaintiff's Motion for Leave to File Her Opposition to Defendants' Motion to Dismiss and Her Reply in Support of Her Motion to Remand Out of Time, and to Continue the September 29, 2026 Hearing (ECF No. ___). Based on the motion, the Declaration of David J.S. Madgett (ECF No. ___), and the files and records of this case, the Court finds that Plaintiff's failure to file by the deadlines set in the Briefing Order (ECF No. 18) resulted from excusable neglect under Fed. R. Civ. P. 6(b)(1)(B).

IT IS HEREBY ORDERED that:

1. The motion (ECF No. ___) is GRANTED.

2. Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss (ECF No. ___, Ex. 1) and Plaintiff's Reply Memorandum in Support of Her Motion to Remand (ECF No. ___, Ex. 2) are deemed filed as of ___________, 2026. Plaintiff shall file each as a separate docket entry within one business day of this Order.

3. Defendants may file a reply memorandum in support of their Motion to Dismiss (ECF No. 19), or a notice that no reply will be filed, within 14 days of the date of this Order. *See* LR 7.1(c)(3)(A).

4. The hearing on Plaintiff's Motion to Remand (ECF No. 14) and Defendants' Motion to Dismiss (ECF No. 19) set for September 29, 2026 at 10:00 a.m. (ECF No. 23) is CANCELED. The Courtroom Deputy will reset the hearing by separate notice.

Dated: _____________, 2026

______________________________
Jeffrey M. Bryan
United States District Judge



00767-Wanna