UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MELISSA WANNA,<br><br>*Plaintiff*,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; LexisNexis Risk Solutions FL Inc.,<br><br>*Defendants*. | Case No. 26-cv-2556<br><br>**DEFENDANTS' AMENDED NOTICE OF HEARING** |

PLEASE TAKE NOTICE that, on December 15, 2026, at 11:00 am, in Courtroom 3B of the Warren E. Burger Federal Building and U.S. Courthouse, located at 316 North Robert Street in St. Paul, MN 55101, Defendants RELX Group plc; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; and LexisNexis Risk Solutions FL Inc., by and through counsel, will hereby move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the Complaint with prejudice.

Dated: September 30 2026

By: */s/ Joseph G. Schmitt*

Joseph G. Schmitt (Reg. No. 0231447)
NILAN JOHNSON LEWIS
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: 612-305-7577
FAX: 612-305-7501
jschmitt@nilanjohnson.com

Ronald I. Raether, Jr. (Reg. No. 0272577)
TROUTMAN PEPPER LOCKE LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949-622-2700
FAX: 949-622-2739
ron.raether@troutman.com

Joshua D. Davey (admitted *pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
(704) 916-1503
joshua.davey@troutman.com

*Attorneys for RELX Group, plc, RELX Inc., d/b/a LexisNexis; LexisNexis Risk Solutions Inc., and LexisNexis Risk Solutions FL Inc.*