UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MELISSA WANNA,<br><br>*Plaintiff*,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; LexisNexis Risk Solutions FL Inc.,<br><br>*Defendants*. | Case No. 26-cv-02556<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Defendants RELX Group plc; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions, Inc.; and LexisNexis Risk Solutions FL, Inc. (collectively, "Lexis"), by and through counsel, move the Court for an Order extending the time for Defendants to file a Reply in support of their Motion to Dismiss, Dkt. 19, to October 16, 2026.

Defendants' counsel met and conferred with Plaintiff's counsel on October 1, 2026, and are authorized to represent that Plaintiff consents to the relief requested herein. In support of its Motion, Defendants state as follows:

1. On April 10, 2026, Plaintiff filed this action in Minnesota state court.
2. On May 8, 2026, Defendants removed this case to this Court pursuant to 28 U.S.C. § 1332(d), 28 U.S.C. § 1441, and 28 U.S.C. § 1446.

3. On June 3, 2026, Plaintiff moved to remand the case to state court. Dkt. 14.

4. On June 10, 2026, Defendants moved to dismiss the Complaint. Dkt. 19.

5. On June 10, this Court set Plaintiff's Motion to Remand and Defendants' Motion to Dismiss for hearing on September 29, 2026 at 10:00 am. Dkt. 23.

6. Plaintiff did not file an opposition to Defendants' Motion to Dismiss by the deadline of July 1, 2026.

7. On September 24, 2026, Plaintiffs' counsel contacted Defendants' counsel by email to explain that, due to an unidentified error Plaintiff's opposition to Defendants' Motion to Dismiss was never filed.

8. Also on September 24, 2026, Plaintiff filed her opposition to Defendants' Motion to Dismiss, along with a Motion for Leave to it out of time. *See* Dkts. 26, 27, 28.

9. On September 25, 2026, the Court contacted the parties indicating that it would be cancelling the September 29, 2026 hearing and requesting the parties' availability on December 15, 2026. After both parties confirmed their availability on that day, the Court instructed the parties to file amended notices of hearing.

10. On September 29, 2026, the Court formally cancelled the September 29, 2026 hearing.

11. On September 30, Defendants filed an Amended Notice of Hearing, noticing their Motion to Dismiss for hearing on December 15, 2026, pursuant to the Court's instruction.

12. Pursuant to Local Rule 7.1(c), Defendants' deadline to file a Reply in support of their Motion to Dismiss is October 8, 2026.

13. Defendants' counsel need additional time to prepare the Reply in light of competing deadlines in other matters, including a high-profile matter in the Western District of North Carolina with summary judgment, *Daubert*, and expert deposition deadlines in the next few weeks.

14. The parties conferred about Defendants' scheduling constraints on October 1, 2026, Plaintiff consented to Defendants request for an extension of Defendants' time to file a Reply brief in support of Defendants' Motion to Dismiss through October 16, 2026.

**WHEREFORE**, Defendants respectfully request an Order extending Defendants' deadline to file a Reply in support of Defendants' Motion to Dismiss through October 16, 2026.

Dated: October 5, 2026

By: */s/ Joseph G. Schmitt*

Joseph G. Schmitt (Reg. No. 0231447)
NILAN JOHNSON LEWIS
250 Marquette Ave South, Suite 800
Minneapolis, MN 55401
Telephone: (612) 305 7577
jschmitt@nilanjohnson.com

Ronald I. Raether, Jr. (Reg. No. 0272577)
TROUTMAN PEPPER LOCKE LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949-622-2700
FAX: 949-622-2739
ron.raether@troutman.com

Joshua D. Davey (admitted pro hac vice)
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.davey@troutman.com

*Attorneys for RELX Group, plc; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions, Inc.; LexisNexis Risk Solutions FL, Inc.*