UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MELISSA WANNA,<br><br>*Plaintiff*,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; LexisNexis Risk Solutions FL Inc.,<br><br>*Defendants*. | Case No. 26-cv-02556<br><br>**MEET AND CONFER STATEMENT** |

I, Joseph G. Schmitt, representing Defendants RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; and LexisNexis Risk Solutions FL Inc. ("Defendants"), hereby certify that:

On May 26, 2026, Joshua D. Davey, counsel for Defendants, conferred with Plaintiff's counsel via electronic mail (and copying the undersigned) about Defendants' forthcoming Motion for Extension of Defendants' Deadline to File a Reply in Support of Defendants' Motion to Dismiss. Plaintiff's counsel (also copying the undersigned) represented that Plaintiff consents to the relief requested therein.

Dated: October 5, 2026

By: */s/ Joseph G. Schmitt*
Joseph G. Schmitt (Reg. No. 0231447)
NILAN JOHNSON LEWIS
250 Marquette Ave South, Suite 800

Minneapolis, MN 55401
Telephone: (612) 305 7577
jschmitt@nilanjohnson.com

*Attorney for RELX Group, plc; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions, Inc.; LexisNexis Risk Solutions FL, Inc.*