UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MELISSA WANNA,<br><br>*Plaintiff*,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; LexisNexis Risk Solutions FL Inc.,<br><br>*Defendants*. | Case No. 26-cv-2556<br><br>**NOTICE OF NON-RESPONSE** |

Defendants RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; LexisNexis Risk Solutions FL Inc. file this Notice of Non-Response regarding Defendants' Motion to Dismiss, Dkt. 19.

Plaintiff Melissa Wanna filed this case in Minnesota State Court on April 10, 2026. Dkt. 1-1. Following removal to this Court, Dkt. 1, Plaintiff moved to remand, Dkt. 14, and Defendants moved to dismiss, Dkt. 19. While Defendants timely opposed Plaintiff's motion to remand, Dkt. 25, Plaintiff did not timely file an opposition to Defendants' motion to dismiss. This Court set both motions for hearing for September 29, 2026. Dkt. 23.

On September 24, 2026, Plaintiff's counsel informed Defendants' counsel that Plaintiff's opposition to Defendants' motion to dismiss (and Plaintiff's reply in support of Plaintiff's motion to remand) had been completed in a timely fashion but inadvertently never been filed. Plaintiff shortly thereafter filed a motion for leave to file those documents out of time, purporting to attach the never-filed briefs, Dkts. 26, 27, 28, and promising to file those briefs immediately if the Court granted leave for her to do so. However, Plaintiff did not attach any opposition to Defendants' Motion to Dismiss to her filing—instead, Plaintiff simply re-filed *Defendants'* memorandum of law in support of their Motion to Dismiss. *See* Dkt. 27. Moreover, even after the Court moved the motion date, Plaintiff did not serve any opposition to the motion to dismiss on Defendants. After realizing what had occurred, Defendants' counsel emailed Plaintiff's counsel requesting Plaintiff's opposition, if any. *See* **Exhibit A**. As of this filing, Plaintiff's counsel has not responded. Plaintiff's counsel has still not filed a response and has not provided a copy of any response to Defendant's counsel.

Because Defendants' Motion for an extension of time to file a Reply remains pending, Dkt. 34, and in light of the otherwise operative October 8, 2026 deadline, Defendants respectfully notify the Court that Plaintiff has not filed any opposition to Defendants' Motion to Dismiss (even belatedly) and request that the Court rule on the Motion based on the current record.

Dated: October 7, 2026

By: */s/ Joseph G. Schmitt*

Joseph G. Schmitt (Reg. No. 0231447)
NILAN JOHNSON LEWIS
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: 612-305-7577
FAX: 612-305-7501
jschmitt@nilanjohnson.com

Ronald I. Raether, Jr. (Reg. No. 0272577)
TROUTMAN PEPPER LOCKE LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949-622-2700
FAX: 949-622-2739
ron.raether@troutman.com

Joshua D. Davey (admitted *pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
(704) 916-1503
joshua.davey@troutman.com

*Attorneys for RELX Group, plc, RELX Inc, d/b/a LexisNexis; LexisNexis Risk Solutions Inc., and LexisNexis Risk Solutions FL Inc.*

## WORD COUNT CERTIFICATION

I hereby certify that the foregoing brief complies with the word-limit and type-size requirements of Local Rule 7.1(h) because it contains 373 words and is prepared in size 13 Times New Roman font. This word count was calculated using the word count feature of Microsoft 365.

By: /s/ *Joseph G. Schmitt*

Joseph G. Schmitt (Reg. No. 0231447)
NILAN JOHNSON LEWIS
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: 612-305-7577
FAX: 612-305-7501
jschmitt@nilanjohnson.com

*Attorney for RELX Group, plc, RELX Inc, d/b/a LexisNexis; LexisNexis Risk Solutions Inc., and LexisNexis Risk Solutions FL Inc.*