# EXHIBIT A

**Jaccard, Anais M.**

---

| | |
|---|---|
| **From:** | Davey, Joshua D. |
| **Sent:** | Tuesday, October 6, 2026 1:47 PM |
| **To:** | David Madgett |
| **Cc:** | Raether, Ronald I.; Jaccard, Anais M.; Joseph G. Schmitt |
| **Subject:** | RE: Wanna v. RELX Group plc, et al., No. 0:26-cv-02556 (JMB/ECW) — Meet and Confer re Plaintiff's Motion for Leave to File Out of Time and to Continue the September 29 Hearing |
| **Attachments:** | US_DIS_MND_0_26cv2556_d33879168e1755_MEMORANDUM_in_Opposition_re_19_MOTION_to_Dismiss_G.pdf |

Dave, I do not believe we have your opposition to or motion to dismiss. It looks like the document you filed was a copy of our supporting brief (see attached). If you are seeking leave to submit something, please send it to us. Thanks.

**Joshua D. Davey, CIPP/US**
**Partner**
**troutman pepper locke**
Direct: 704.916.1503 | Mobile: 704.941.7232
joshua.davey@troutman.com

---

**From:** David Madgett <dmadgett@madgettlaw.com>
**Sent:** Thursday, October 1, 2026 9:51 PM
**To:** Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** Raether, Ronald I. <Ron.Raether@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Joseph G. Schmitt <jschmitt@nilanjohnson.com>
**Subject:** RE: Wanna v. RELX Group plc, et al., No. 0:26-cv-02556 (JMB/ECW) — Meet and Confer re Plaintiff's Motion for Leave to File Out of Time and to Continue the September 29 Hearing

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Hi Josh, it is the least I can do! Absolutely full consent.

**David J.S. Madgett**
Attorney

**Madgett Law, LLC** |www.madgettlaw.com
Main Office Ai Assistance: 612.470.6529
Cell Phone: 612-999-0344
Fax: 888.588.1434
IDS Center, Suite 1650
80 South 8th Street
Minneapolis, MN 55402

**Secure Mailing Address:**
1161 East Wayzata Blvd. #314