**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MELISSA WANNA, on behalf of herself individually and on behalf of a limited class of similarly situated Minnesota residents,<br><br>Plaintiff,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; and LexisNexis Risk Solutions FL Inc.,<br><br>Defendants. | Case No. 0:26-cv-02556 (JMB/ECW)<br>The Honorable Jeffrey M. Bryan<br>Magistrate Judge Elizabeth Cowan Wright<br><br>**LR 7.1(f) CERTIFICATE OF COMPLIANCE** |

I certify that Plaintiff's Amended Memorandum of Law in Opposition to Defendants' Motion to Dismiss complies with the limits in LR 7.1(f) and with the type-size limit of LR 7.1(h). This memorandum contains 7,402 words, set in a proportional font of at least 13 points. The word count was generated using the word-count function of Microsoft Word for Mac, Version 16.113.3, which was applied specifically to include all text, including headings, footnotes, and quotations.

Dated: October 8, 2026

Respectfully submitted,

**MADGETT LAW, LLC**

By: /s/ David J.S. Madgett
David J.S. Madgett (MN #390494)
IDS Center, Suite 1650



00767-Wanna

80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-470-6529
Email: dmadgett@madgettlaw.com
*Attorney for Plaintiff Melissa Wanna*