UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MELISSA WANNA,<br><br>*Plaintiff*,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; LexisNexis Risk Solutions FL Inc.,<br><br>*Defendants*. | Case No. 26-cv-02556<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

Plaintiff Melissa Wanna and Defendants RELX Group plc; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions, Inc.; and LexisNexis Risk Solutions FL, Inc. (collectively, "Lexis"), by and through their respective counsel, stipulate and agree to extend the time for Lexis to file its Reply in support of its Motion to Dismiss, Dkt. 19, through and until October 30, 2026. In support of this stipulation, the Parties state as follows:

1. On April 10, 2026, Plaintiff filed this action in Minnesota state court.
2. On May 8, 2026, Defendants removed this case to this Court pursuant to 28 U.S.C. § 1332(d), 28 U.S.C. § 1441, and 28 U.S.C. § 1446.
3. On June 3, 2026, Plaintiff moved to remand the case to state court. Dkt. 14.
4. On June 10, 2026, Defendants moved to dismiss the Complaint. Dkt. 19.

5. On June 10, this Court set Plaintiff's Motion to Remand and Defendants' Motion to Dismiss for hearing on September 29, 2026 at 10:00 am. Dkt. 23.

6. Plaintiff did not file an opposition to Defendants' Motion to Dismiss by the deadline of July 1, 2026.

7. On September 24, 2026, Plaintiff's counsel contacted Defendants' counsel by email to explain that, due to an unidentified error, Plaintiff's opposition to Defendants' Motion to Dismiss was never filed.

8. Also on September 24, 2026, Plaintiff filed a document purporting to be an opposition to Defendants' Motion to Dismiss, along with a Motion for Leave to file it out of time. *See* Dkts. 26, 27, 28.

9. On September 25, 2026, the Court contacted the parties indicating that it would be cancelling the September 29, 2026 hearing and requesting the parties' availability on December 15, 2026. After both parties confirmed their availability on that day, the Court instructed the parties to file amended notices of hearing.

10. On September 29, 2026, the Court formally cancelled the September 29, 2026 hearing.

11. On September 30, 2026, Defendants filed an Amended Notice of Hearing, noticing their Motion to Dismiss for hearing on December 15, 2026, pursuant to the Court's instruction.

12. On October 5, 2026, Defendants filed an unopposed motion to extend their deadline to file a Reply in support of their Motion to Dismiss, through and until October 16, 2026.

13. On October 6, 2026, Defendants discovered that Plaintiff's opposition to Defendants' Motion to Dismiss, Dkt. 26, was not in fact Plaintiff's opposition brief, but was instead a re-filed copy of Defendants' memorandum of law in support of their Motion to Dismiss. Defendants alerted Plaintiff's counsel of this apparent error on October 6, via email.

14. On October 8, 2026, Plaintiff's counsel sent Defendants' counsel a copy of Plaintiff's opposition and filed it on the docket. Dkt. 38.

15. Also on October 8, the Court granted Defendants' motion to extend their deadline to file a Reply in support of their Motion to Dismiss, and ordered Defendants to file their Reply by October 16, 2026. Dkt. 39.

16. Defendants' counsel's initial request for an October 16 deadline assumed they would have the week of October 5 to prepare their Reply. However, Plaintiff's failure to file her opposition brief until October 8 prevented Defendants' counsel from doing so.

17. Defendants' counsel therefore require additional time to prepare the Reply in light of competing deadlines in other matters, including a high-profile matter in the Western District of North Carolina with a preliminary injunction hearing next week, and summary judgment, *Daubert*, and expert deposition deadlines following shortly thereafter.

18. The parties conferred about Defendants' scheduling constraints on October 8, 2026, and agreed to stipulate to an extension of Defendants' deadline through and until October 30, 2026.

19. While this is the second requested extension of Defendants' Reply deadline, the requested extension will not prejudice any party or waste judicial resources, given that

briefing will be complete six weeks before the December 15 hearing on Defendants' Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: October 9, 2026

By: *<u>/s/ David J.S. Madgett</u>*
David J.S. Madgett
MADGETT LAW, LLC
IDS Center, Suite 1650
80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 470-6429
dmadgett@madgettlaw.com

*Attorney for Plaintiff Melissa Wanna*

By: *<u>/s/ Joseph G. Schmitt</u>*

Joseph G. Schmitt (Reg. No. 0231447)
NILAN JOHNSON LEWIS
250 Marquette Ave South, Suite 800
Minneapolis, MN 55401
Telephone: (612) 305-7577
jschmitt@nilanjohnson.com

Ronald I. Raether, Jr. (Reg. No. 0272577)
TROUTMAN PEPPER LOCKE LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949-622-2700
FAX: 949-622-2739
ron.raether@troutman.com

Joshua D. Davey (admitted *pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
joshua.davey@troutman.com

*Attorneys for RELX Group plc; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions, Inc.; LexisNexis Risk Solutions FL, Inc.*