UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MELISSA WANNA,<br><br>*Plaintiff*,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; LexisNexis Risk Solutions FL Inc.,<br><br>*Defendants*. | Case No. 26-cv-02556<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

The Court, having considered the joint stipulation filed by Plaintiff Melissa Wanna and Defendants RELX Group plc; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions, Inc.; and LexisNexis Risk Solutions FL, Inc. (collectively, "Lexis"), and finding good cause thereon, hereby grants the stipulated extension of time for Defendants to file a reply in support of Defendants' Motion to Dismiss.

**IT IS HEREBY ORDERED** that Defendants' reply in support of Defendants' Motion to Dismiss is to be filed on or by October 30, 2026.

Dated: October __, 2026

____________________________
JEFFREY M. BRYAN
United Stated District Judge