**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MELISSA WANNA,<br><br>*Plaintiff*,<br><br>v.<br><br>RELX Group plc; Reed Elsevier Inc. d/b/a LexisNexis; RELX Inc. d/b/a LexisNexis; LexisNexis Risk Solutions Inc.; LexisNexis Risk Solutions FL Inc.,<br><br>*Defendants*. | Case No.: Case No. 26-cv-2556<br><br>**LR 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Joseph G. Schmitt, certify that Defendant's Reply Memorandum in Support of Motion to Dismiss complies with Local Rule 7.1(h).

I further certify that, in preparation of this reply memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including footnotes and quotations in the following word count.

I further certify that the above-referenced reply memorandum contains 5,592 words, exclusive of the caption, table of contents, table of authorities, and signature block.

NILAN JOHNSON LEWIS PA

Dated: October 30, 2026

By: *s/ Joseph G. Schmitt*

Joseph G. Schmitt (Reg. No. 231447)
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: (612) 305-7500
Fax: (612) 305-7501
jschmitt@nilajohnson.com

*Attorney for RELX Group, plc, RELX Inc, d/b/a LexisNexis; LexisNexis Risk Solutions Inc., and LexisNexis Risk Solutions FL Inc.*